IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MENACHEM COHEN, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br><br>REPELLEM CONSUMER PRODUCTS CORPORATION d/b/a ECOSMARTPLASTICS,<br><br>Defendant. | Case No. 2:20-cv-05830<br><br><br><br><br>**NOTICE OF DISMISSAL** |

Plaintiff Menachem Cohen by his counsel and pursuant to Federal Civil Rule 41(a)(1)(A)(ii), hereby gives notice of its dismissal of this action against Repellem Consumer Products Corporation at plaintiff's costs.

/s/Mark Schlachet_____
Mark Schlachet
Law Offices of Mark Schlachet
9511 Collins Ave., Ste. 605
Surfside, FL 33154
Telephone: (216) 225-7559
markschlachet@me.com

***Attorney for Plaintiff and
the Class***

1